IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) Criminal No. 24-89
v. ) Judge Mark Hornak
GEORGE LUTON ) Magistrate Kezia O. L. Taylor
)

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: DAVID SHRAGER & LYLE DRESBOLD         AUSA: HEIDI GROGAN

1. Date of arraignment: 5/1/24

2. Defendant is:    _X_ incarcerated.
                    ___ on bond.

3. Defendant entered a plea of **NOT GUILTY**.

4. The parties were advised that all pretrial motions must be filed within fourteen (14) days.

5. A Rule 16 conference:    ___ has been held     _X_ has not been held.

6. Discovery is:    ___ completed     _X_ not completed.

7. Defendant has requested to be tried by: _X_ Jury    ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for _____.
   ___ has not been scheduled for trial.
   _X_ has not been scheduled for trial, but will be notified.

9. Estimated trial length for:    Gov't: 4 days   Deft: 1 day.

10. Oral motion made for extension of Pretrial Motions? _X_ Yes ___ No   Motions Due: 6/17/2024

    _X_ has been processed by US Marshal.
    ___ has not been processed by US Marshal, but has been advised to
        be processed.

Rule 16 Receipt to be filed within 14 days

                                        s/Kezia O. L. Taylor
                                        United States Magistrate Judge

cc: Judge Hornak.