IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

GEORGE LUTON

Criminal No. 24-89

## ARRAIGNMENT PLEA

Defendant GEORGE LUTON

being arraigned, pleads __NOT GUILTY__

in open Court this __1ST__ day of

__May__, 20 __24__

_____
(Defendant's Signature)

_____
(Attorney for Defendant)